## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ ) | |
| (DROSPIRENONE) MARKETING, SALES ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL No. 2100 |
| ) | |

**This Document Relates To:**

| | |
|---|---|
| *Monica Outlaw, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12954-DRH |
| *Angela Adrien, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11118-DRH |
| *Christina Craig, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10531-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION  BY  COURT.**   These  matters  are  before  the  Court  for  the purpose of docket control.

**IT  IS  HEREBY  ORDERED  AND  ADJUDGED**  that  pursuant  to  the stipulations  entered  to  date,  the  above  captioned  matters  are  **DISMISSED**  with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.28
14:15:31 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT